PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 05, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADAN NAVARRO,<br><br>                    Defendant. | CASE NO. 2:21-CR-0191-JAM<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal portions of the indictment and keep any reference to the other defendant sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated:  January 5, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE