| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 7, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAN NAVARRO,

        Defendant.

Case No. 2:21-CR-00191-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ADAN NAVARRO ,

Case No. 2:21-CR-00191-JAM  Charge 21 USC § 846, from custody for the following reasons: for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    **X**    Bail Posted in the Sum of $ _____

        **X**    Unsecured Appearance Bond $  100,000 (co-signed)

        \_\_\_\_\_    Appearance Bond with 10% Deposit

        \_\_\_\_\_    Appearance Bond with Surety

        \_\_\_\_\_    Corporate Surety Bail Bond

        **X**    (Other):  Defendant shall be released at 9:00 AM on 1/10/2022 and shall report to Pretrial Services .

Issued at Sacramento, California on January 7, 2022 a 3:08 p.m.

Dated: January 7, 2022

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE