1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 301
   Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4

5  Attorney for ADAN NAVARRO

6              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,        ) No. 2:21-191 KJM
                        Plaintiff,       )
9                                        ) STIPULATION AND [~~PROPOSED~~]
              v.                         ) ORDER TO AMEND ADAN NAVARRO'S
10                                       ) CONDITIONS OF RELEASE
                                         )
11 ADAN NAVARRO,                         ) Date:
                                         ) Time:
12                      Defendant.       ) Judge: Hon. Magistrate Allison Claire
13 ==============================)

14         Adan Navarro's special conditions of pre-trial release are found in ECF document 23.  The

15 parties agree it is appropriate to modify Special Condition 16 to read:

16 "16. CURFEW: You must remain inside your residence every day from 11:00pm to 5:00am, or as

17 18 adjusted by the pretrial services officer for medical, religious services, employment or court-

19 ordered obligations."

20         IT IS HEREBY STIPULATED AND AGREED between the defendant Adan Navarro, by

21 and through her undersigned defense counsel, and the United States of America, by and through

22 23 its counsel, Assistant U.S. Attorney David Spencer, that Special Condition 16 should be modified

24 as written in the previous paragraph.

25         I have spoken to PTS Rene Basurto.  She does not oppose this modification of Special

26 Condition 16.  The newly Amended Condition is attached to this document.

27

28

                              –1–

Dated:  July 15, 2022

Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Adan Navarro

Dated:  July 15, 2022

PHIL TALBERT
United States Attorney

/s/ *David Spencer*
DAVID SPENCER
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders Special Condition 16, to read as follows:

"16. CURFEW: You must remain inside your residence every day from 11:00pm to 5:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

Dated: July 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE