1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:21-CR-0191-DAD

                        Plaintiff,        ORDER SEALING DOCUMENTS AS SET FORTH
12                                         IN GOVERNMENT'S NOTICE

13              v.

14 LIONEL CHAVEZ,

                        Defendant.
15

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the sentencing letter pertaining to defendant Chavez,

19 and the government's Request to Seal shall be SEALED until further order of this Court.

20       It is further ordered that access to the sealed documents shall be limited to the government and

21 counsel for the defendant.

22       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

24 the government's request, sealing the sentencing letter serves a compelling interest. The Court further

25 finds that, in the absence of closure, the compelling interests identified by the government would be

26 harmed. In light of the public filing of its request to seal, the Court further finds that there are no

27 / / /

28 / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN          1
GOVERNMENT'S NOTICE

1   additional alternatives to sealing the sentencing letter that would adequately protect the compelling

2   interests identified by the government.

3          IT IS SO ORDERED.

4   Dated:   **September 5, 2023**

5                                                        UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE