MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ADAN NAVARRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:21-cr-00191- DAD-1 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. NAVARRO'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| ADAN NAVARRO, | ) OF JUNE 11, 2024 |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

     Defendant ADAN NAVARRO is requesting a continuance of his sentencing hearing, which is presently set for March 19, 2024.  AUSA David Spencer, on behalf of the United States Attorney's Office, and USPO Steven Davis, on behalf of the United States Probation Office, have no objection to the requested continuance for June 11, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

     Judgment and Sentencing Date: June 11, 2024

     Reply, or Statement of Non-opposition: June 4, 2024

     Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 28, 2023

     The revised final Presentence Report will be filed with the Court on May 21, 2024

     Counsel's informal objections will be filed by May 14, 2024

     The draft Presentence Report was filed as ECF document 107

Dated: February 20, 2024                           Respectfully submitted,

                                                   /s/ Michael D. Long
                                                   MICHAEL D. LONG
                                                   Attorney for Andrew Gagnon

Dated: February 20, 2024                           PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ David Spencer
                                                   DAVID SPENCER
                                                   Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Navarro's Presentence Report is amended as follows:

Judgment and Sentencing Date: June 11, 2024

Reply, or Statement of Non-opposition: June 4, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 28, 2023

The revised final Presentence Report will be filed with the Court on May 21, 2024

Counsel's informal objections will be filed by May 14, 2024

IT IS SO ORDERED.

Dated:  **February 20, 2024**                      _Dale A. Drozd_
                                                   DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE