MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ADAN NAVARRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:21-cr-0191 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| v. | ) THE SCHEDULE FOR Mr. NAVARRO'S |
| | ) PRE-SENTENCE REPORT FOR A NEW |
| | ) SENTENCING DATE OF JULY 9, 2024 |
| ADAN NAVARRO, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ===============================) | |

Defendant ADAN NAVARRO is requesting a continuance of his sentencing hearing, which is presently set for June 11, 2024.  Mr. Long needs more time to respond to the draft pre-sentence report and the informal objections of the government.  AUSA David Spencer, on behalf of the United States Attorney's Office, and USPO Steven Davis, on behalf of the United States Probation Office, have no objection to the requested continuance for July 9, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: July 9, 2024

Reply, or Statement of Non-opposition: July 2, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 25, 2024

The revised final Presentence Report will be filed with the Court on June 18, 2024

Counsel's informal objections will be filed by June 11, 2024

The draft Presentence Report was filed as ECF document 107

-1-

Dated: May 17, 2024                              Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Andrew Gagnon

Dated: May 17, 2024                              PHILLIP A. TALBERT
United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Navarro's Presentence Report is amended as follows:

Judgment and Sentencing Date: July 9, 2024, at 9:30 a.m.

Reply, or Statement of Non-opposition: July 2, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 25, 2024

The revised final Presentence Report will be filed with the Court on June 18, 2024

Counsel's informal objections will be filed by June 11, 2024

The draft Presentence Report was filed as ECF document 107

IT IS SO ORDERED.

Dated:  **May 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-2-