MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ADAN NAVARRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAN NAVARRO,<br>　　　　　Defendant. | ) No. 2:22-11 DAD<br>)<br>) STIPULATION AND ORDER FOR A NEW<br>) SENTENCING DATE OF JULY 16, 2024<br>)<br>)<br>)<br>) Judge: Hon. Dale A. Drozd |

　　　　Defendant ADAN NAVARRO is requesting a continuance of his sentencing hearing, which is presently set for July 9, 2024.  Mr. Long will be on jury duty in Sacramento County Superior Court on July 9, 2024, so we are requesting that the Court allow for a continuance of one week so Mr. Long can serve as a juror.  AUSA David Spencer, on behalf of the United States Attorney's Office, and USPO Steven Davis, on behalf of the United States Probation Office, have no objection to the requested continuance to July 16, 2024.  No modification of the PSR schedule is necessary.

Dated:  July 8, 2024　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Adan Navarro

Dated:  July 8, 2024　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ David Spencer
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID SPENCER
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Navarro's sentencing hearing will be continued from July 9, 2024, to July 16, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 8, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE